# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

SABIAN HAYES, ADC #142333                                                                                            PLAINTIFF

v.                                            NO. 5:16CV00218 JLH/BD

SGT. DUNMORE; and ARKANSAS
DEPARTMENT OF CORRECTION                                                                                       DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Hayes's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Hayes's claims against the Arkansas Department of Correction and his claims for damages against defendant Dunmore in his official capacity are DISMISSED, with prejudice.

IT IS SO ORDERED this 19th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE